UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| Andrea Minnieweather | ) ) |
| Defendant. | ) ) |

2:01-CR-0295-LRH-LRL

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#70), sentencing held on August 28, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: OFFICE DEPOT
Amount of Restitution: $7,656.27

**Total Amount of Restitution ordered: $7,656.27\*\***
\*\*Joint and Several with Co-defendants Cleveland and Groover

Dated this __28__ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE